UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JON MCKINNEY,     Plaintiff,

v.     Civil Action No. 4:23-cv-88-DJH-HBB

OWNERS INSURANCE COMPANY,     Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Jon McKinney and Defendant Owners Insurance Company having filed an agreed order of dismissal with prejudice as to McKinney's claims against Owners Insurance (Docket No. 25), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) McKinney's claims against Owners Insurance Company are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Owners Insurance Company as a defendant in the record of this matter.

(2) All claims having been resolved (*see* D.N. 15), this matter is **DISMISSED** with prejudice, **STRICKEN** from the Court's docket, and **CLOSED**.